**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

MELVIN ANDERSON,

              Petitioner,              Case Number: 2:07-CV-12154

v.                                    HON. GEORGE CARAM STEEH

JAN TROMBLEY,

              Respondent.
                                       /

**<u>ORDER DENYING PETITIONER'S MOTION FOR RECONSIDERATION</u>**

Petitioner Melvin Anderson filed a Motion for Sanctions, which the Court denied on April 3, 2008. Now before the Court is Petitioner's Motion for Reconsideration.

The Local Rules for the Eastern District of Michigan state that in a motion for reconsideration "the movant must not only demonstrate a palpable defect by which the court and the parties have been misled but also show that correcting the defect will result in a different a disposition of the case." L.R. 7.1(g)(3). A "palpable defect" is a defect which is obvious, clear, unmistakable, manifest or plain. <u>Marketing Displays, Inc. v. Traffix Devices, Inc.</u>, 971 F. Supp. 262, 278 (E.D. Mich. 1997), *citing* Webster's New World Dictionary 974 (3rd Ed. 1988). Further, the Local Rules also provide that any "motions for rehearing or reconsideration that merely present the same issues ruled upon by the court, either expressly or by reasonable implication," shall not be granted. L.R. 7.1(g)(3).

Petitioner has not demonstrated that a palpable defect occurred in this Court's decision denying his request for sanctions. Rather, he simply disagrees with the Court's decision. Therefore, this Court shall deny Petitioner's Motion for Reconsideration for failing to

demonstrate a palpable defect which, if corrected, would result in a different disposition of the motion.

Accordingly, **IT IS ORDERED** that Petitioner's Motion for Reconsideration [dkt. # 11] is **DENIED**.

Dated: July 21, 2008

S/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
July 21, 2008, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk